IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wilma Kpohanu, | : | |
| Petitioner, | : | |
| v. | : | Case No. 2:11-cv-903 |
| | | Case No. 2:05-cr-250 |
| United States of America, | : | JUDGE GREGORY L. FROST |
| | | Magistrate Judge Kemp |
| Respondent. | : | |

ORDER TO SHOW CAUSE

It is hereby ORDERED that the respondent shall, within twenty (20) days of the date of this Order, file its answer under Rule 5(a), Rules Governing Section 2255 Proceedings for the United States District Courts.

Petitioner may reply to the response within 15 days of its filing.

It is FURTHER ORDERED that the Clerk of this Court serve a copy of this Order by mail on the respondent and the United States Attorney for the Southern District of Ohio, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

/s/ Terence P. Kemp
United States Magistrate Judge