IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILMA KPOHANU,**            **CASE NO. 2:11-cv-903**
                              **CRIM. NO. 2:05-cr-250**
    **Petitioner,**          **JUDGE FROST**
                              **MAGISTRATE JUDGE KEMP**
**v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER

On May 24, 2012, the Court issued an order adopting the Report and Recommendation and dismissing this case because no objections had been filed. The deadline for filing objections to the Report and Recommendation was May 10, 2012. On May 25, 2012, petitioner filed a motion for an extension of time to file objections. The motion, dated April 28, 2012, appears timely under the prison mailbox rule set forth in Rule 3(d) of the Rules Governing Section 2255 proceedings. Consequently, the order of May 24, 2012 dismissing this case is **VACATED** (#155). Further, the motion for extension of time (#156) sets forth good cause and is therefore granted. Petitioner shall file her objections by June 10, 2012.

    **IT IS SO ORDERED.**

                                                    /s/   Gregory L. Frost
                                                  GREGORY L. FROST
                                                  UNITED STATES DISTRICT JUDGE